# Memorandum

| Subject | Date |
|---|---|
| UNSEALING<br><br>U.S. v. PAL PAL<br>4:26CR3064 | August 20, 2026 |
| **To** | **From** |
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | JULIE MRUZ, AUSA |

Be advised that the above-named Defendant is in custody. You may unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**